**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

WILFREDO TORRES
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
THOMAS C. MILLER

May 20, 2009

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Stanley R. Chesler
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
PO Box 0999
Newark, New Jersey 07102

Re: Petrillo, Anthony
Dkt.#: 07-00782-001
Notice of Non-Compliance/
Request that no action be taken

Dear Judge Chesler:

On January 8, 2008, the above-mentioned offender was sentenced on a charge of conspiracy to distribute oxycodone. He was placed on probation for five years. Special conditions ordered were: twelve months home confinement, drug treatment, and DNA testing. A $100 special assessment was also imposed.

Mr. Petrillo was enrolled in codeaphone drug monitoring system in November of 2008. Petrillo is still in Phase 1, due to his non-compliance and history of drug abuse. He recently failed to contact the system on the following dates: Thursday, April 2, Friday, April 3, Saturday, April 4, Wednesday April 8, Friday, April 10, Saturday, April 11, Tuesday, April 14, Friday, April 17, Saturday, April 18, Monday, April 20, Friday, April 24, Saturday, April 25, and Monday, April 27, 2009.

The offender was confronted about his non-compliance on April 29, 2008, at his place of employment, and he admitted not calling the system, because his reporting site is closed on weekends, we note, however, that the offender failed to contact the codeaphone system only three weekend days out of the thirteen missed. Mr. Petrillo also admitted illegally purchasing and abusing two oxycodone pills, on or about April 11, 2009. A five-panel instant test device was used to obtain urine specimen from Petrillo, and the results were positive for opiates, when asked the cause of his recent non-compliance and relapse, Mr. Petrillo responded he has been depressed lately, and feeling his life is failure. As noted in our letter issued in March 2009, the offender's mother and brother are also recovering addicts, along with his mother recovering from recent alcohol abuse. The family is also being forced to relocate because the father is the only individual employed and contributing to the household bills. Petrillo was laid off from his job at a Shoprite store in October 2008, however was contacted in May 2009 with the possibility of being rehired. Contact made with offender's counselor at the outpatient drug program he attends regarding his participation, she confirmed he reports weekly as directed, along with all drug test results being negative.

There have been no other incidents of non-compliance.

Based on these circumstances, our office is requesting that Your Honor sign the attached Form 12A. Any further failure to adhere will be reported to the Court immediately.

If Your Honor has any questions or requires more information, please contact the undersigned officer at 973-223-0694.

Christopher Maloney, Chief
U.S. Probation Officer

By: Stanley K. Whetstone
Sr. U.S. Probation Officer

PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Petrillo, Anthony                    Cr.: 07-00782-01
                                                       PACTS #: 46839

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler

Date of Original Sentence: 01/8/08

Original Offense: Conspiracy to Distribute Oxycodone

Original Sentence: Probation five years, twelve months home confinement, DNA testing, and drug treatment.

Type of Supervision: Probation                   Date Supervision Commenced: 01/8/08

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Offender failed to contact the codeaphone drug testing system on April 2, April 3, April 4, April 8, April 10, April 11, April 14, April 17, April 18, April 20, April 24, and April 25, 09. |
| 2 | Mr. Petrillo admitted illegally purchasing two Oxycodone pills and abusing the substance, on or about April 11, 2009. |

U.S. Probation Officer Action:
Offender will receive increased outpatient counseling or if deemed necessary, inpatient substance treatment.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 1/23/09

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[X] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer