PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Anthony Petrillo        **Docket Number:** 07-00782-001
       **PACTS Number:** 46839

**Name of Sentencing Judicial Officer:** HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 01/08/2008

**Original Offense:** CONSPIRACY TO DISTRIBUTE OXYCODONE

**Original Sentence:** 5 years probation. Special conditions: 12 months Home Confinement/Electronic Monitoring; drug testing/treatment; and DNA testing.

**Type of Supervision:** probation        **Date Supervision Commenced:** 01/08/08

**Assistant U.S. Attorney:** Jonathan W. Romankow, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Pasquale F. Gianetta, Esq., 36 Mountain View Boulevard, Wayne, New Jersey 07470 (973) 872-9700

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**' |
| | The offender left his residence, located at 22 Vine Street, Nutley, New Jersey, as discovered during a home visit on August 5, 2010, while speaking with his family. His whereabouts at this time are unknown. |
| 2 | The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |

      The offender has failed to report to the probation office on September 21, 2009, September 29, 2009, December 22, 2009, May 4, 2010, July 28, 2010, and August 5, 2010.

3      The offender has violated the standard supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

      The offender has failed to maintain gainful employment. He last worked at a legitimate, stable job in the Fall of 2009.

4      The offender has violated the standard supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

      Due to the offender's failure to obtain employment, the undersigned referred him to a Job Readiness program, sponsored by the probation office, and which began on May 4, 2010. The offender failed to attend and was terminated from the program.

5      The offender has violated the special supervision condition which states '**You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.**'

      The offender has failed to participate in court-ordered substance abuse treatment. He was attending counseling on an outpatient basis at COPE, located in Montclair, New Jersey. However, failed to attend a session in June 2010 and a session in July 2010, and has not been seen by his counselor in August 2010 as of yet. Numerous outreach calls were made by his counselor, with no return calls.

I declare under penalty of perjury that the foregoing is true and correct.

By: *Susan Karlak*
     Susan Karlak
     Senior U.S. Probation Officer
     Date: 8/23/10

PROB 12C - Page 3
Anthony Petrillo

THE COURT ORDERS:

[✗] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____ .
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

8/25/10
_____
Date