UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA        :       Hon Stanley R. Chesler

                                :       Criminal No. 07-0782
            v.
                                :
                                        ORDER ON VIOLATION OF PROBATION
ANTHONY PETRILLO                :


THIS MATTER having come before the Court upon allegations

that the defendant ANTHONY PETRILLO violated certain conditions

of his probation imposed on or about January 8, 2008, in the

District of New Jersey before the Honorable Stanley R. Chesler,

U.S.D.J.; and the defendant having appeared before this Court on

September 7, 2010, and entered a plea of guilty to Violation

Number 1, a Grade C violation, of the Violation of Probation

Report dated August 23, 2010 (hereinafter the "Report"); and the

defendant having provided a factual basis for the entry of his

guilty plea to the violation; and the government (by Jonathan W.

Romankow, appearing), and by the defendant (by Pasquale F.

Giannetta, Esq. appearing); and for good cause shown;

     IT IS, on this ___7 day of September, 2010;

     ORDERED that defendant ANTHONY PETRILLO is hereby adjudged

guilty of Violation Number 1 of the Report; and it is further

     ORDERED that defendant ANTHONY PETRILLO's present term of

probation is continued with the added condition that he shall

1

enter and complete 90 days in a Community Corrections Center, without weekend privileges; and it is further

ORDERED that ANTHONY PETRILLO shall report to the Community Corrections Center when directed to do so by the U.S. Probation Office; and it is further

ORDERED that all remaining Standard Conditions and Special Conditions of Probation shall remain in force.

STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE