PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Anthony Petrillo

**Docket Number:** 07-00782-001
**PACTS Number:** 46839

**Name of Sentencing Judicial Officer:** HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 01/08/2008

**Original Offense:** CONSPIRACY TO DISTRIBUTE OXYCODONE

**Original Sentence:** 5 years probation. Special conditions: 12 months Home Confinement/Electronic Monitoring; drug testing/treatment; and DNA testing.

**Type of Supervision:** probation

**Date Supervision Commenced:** 01/08/08

**Assistant U.S. Attorney:** Jonathan W. Romankow, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Pasquale F. Gianetta, Esq., 36 Mountain View Boulevard, Wayne, New Jersey 07470 (973) 872-9700

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states 'Residential Rentry Center placement (3 months without weekend privileges) |
| | You shall reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall not be eligible for weekend privileges. You shall pay subsistence as required by the program.' |
| | The offender was sanctioned to three months community corrections to be served at Toler House, located in Newark, New Jersey. He arrived at the facility on September 21, 2010, and was discharged as a program failure on September 22, 2010, at 10:00 a.m. |

PROB 12C - Page 2
Anthony Petrillo

Upon arrival at Toler House, residents must complete a urinalysis drug screen test. The test must be completed within two hours of the resident's arrival to the facility. The offender did not complete the urinalysis for eight hours, thus being six hours past the required time. He received an incident report for this infraction.

When questioned by faculty on the following day, the offender admitted to using Percocet and Xanex prior to entering Toler House. Additionally, when questioned further, the offender stated he may also have marijuana in his system.

I declare under penalty of perjury that the foregoing is true and correct.

By: Susan Karlak
Senior U.S. Probation Officer
Date: 11/1/10

## THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons.  Date of Hearing: 11/22/2010 at 9:30
[ ] No Action
[ ] Other

Signature of Judicial Officer

10/3/10
Date