UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon Stanley R. Chesler |
| | : | Criminal No. 07-0782 |
| v. | : | |
| | : | |
| ANTHONY PETRILLO | : | JUDGMENT AND ORDER OF REVOCATION ON VIOLATION OF PROBATION |
| | : | |

THIS MATTER having come before the Court upon allegations
that the defendant ANTHONY PETRILLO violated certain conditions
of his probation imposed on or about January 8, 2008, in the
District of New Jersey before the Honorable Stanley R. Chesler,
U.S.D.J.; and the defendant having appeared before this Court on
December 15, 2010, and entered a plea of guilty to the Violation,
a Grade C violation, of the Violation of Probation Report dated
November 1, 2010 (hereinafter the "Report"); and the defendant
having provided a factual basis for the entry of his guilty plea
to the violation; and the government (by Jonathan W. Romankow,
appearing), and by the defendant (by Pasquale F. Giannetta, Esq.
appearing); and for good cause shown;

IT IS, on this ____ day of December, 2010;

ORDERED that defendant ANTHONY PETRILLO is hereby adjudged
guilty of the Violation in the Report; and it is further

ORDERED that defendant ANTHONY PETRILLO's present term of

probation is terminated, and he is hereby sentenced to 90 days of imprisonment, to be served in a camp or farm facility; and it is further

ORDERED that ANTHONY PETRILLO shall self-surrender to the Bureau of Prisons at a date and time to be set by the Bureau of Prisons; and it is further

ORDERED that until ANTHONY PETRILLO self-surrenders to the Bureau of Prisons, he shall continue on probation subject to the supervision of the U.S. Probation Office, with all remaining Standard Conditions and Special Conditions of Probation shall remain in force.

STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE